

**The following constitutes the order of the court.**
**Signed September 11, 2016**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                     |

Todd D'Amelio,       |

                             |

                Debtor.   |

_____|

No. 16-42281

Chapter 7

**MEMORANDUM RE ORDER TO SHOW CAUSE**

On August 15, 2016, Debtor filed the *Chapter 7 Voluntary Petition* (doc. 1) in the above-captioned case. As a result of the fact that Debtor lives in a county in the Eastern District rather than the Northern District, the Court issued the *Order for Debtor to Show Cause Why the Case Should Not be Transferred to the United States Bankruptcy Court for the Eastern District of California* (doc. 14). Debtor subsequently filed the *Response to Order to Show Cause* (doc. 16) ("the Response").

Despite the proximity of Debtor's address to the Oakland Division, Solano County is in the Eastern District. Therefore, Debtor's petition should have been filed in the Eastern District, specifically the Sacramento Division. The Response did not provide adequate legal grounds to

1  keep the case in the Northern District. Accordingly, an order will be entered transferring this
2  case to the Sacramento Division of the Eastern District.

4                                          **\*END OF ORDER\***

Case: 16-42281    Doc# 17    Filed: 09/11/16    Entered: 09/12/16 11:12:26    Page 2 of 3

## COURT SERVICE LIST

**Todd A D'Amelio**
274 Seawind Dr
Vallejo, CA 94590